✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

|  |  |  |
|---|---|---|
| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

OSCAR CASTILLO-RAMIREZ,

              Defendant.

**APPEARANCE**

Case Number:  08MJ2380-02

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

     OSCAR CASTILLO-RAMIREZ

      I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ SHAFFY MOEL |
| 8/4/2008 | |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD      238732 |
| | Print Name            Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City      State      Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number          Fax Number |

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of her information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 4, 2008                                         ____/s/ *Shaffy Moeel*_____
                                                                             SHAFFY MOEEL
                                                                             Federal Defenders of San Diego, Inc.
                                                                             225 Broadway, Suite 900
                                                                             San Diego, CA 92101-5030
                                                                             (619) 234-8467  (tel)
                                                                             (619) 687-2666  (fax)
                                                                             e-mail: Shaffy_Moeel@fd.org