

```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   SOUTHERN DISTRICT OF CALIFORNIA
 8   UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR2757-BEN
                                    )
 9              Plaintiff,          )   I N F O R M A T I O N
                                    )
10         v.  t/n Jose Humberto Palomar-Virgen
                                    )   Title 8, U.S.C.,
11   JOSE PALOMAR-NIGREN (1),       )   Secs. 1324(a)(1)(A)(ii) and
     OSCAR CASTILLO-RAMIREZ (2),    )   (v)(II) - Transportation of
                                    )   Illegal Aliens and Aiding and
12                                  )   Abetting
                Defendants.         )
13   _____)
```

14      The United States Attorney charges:

15      On or about July 30, 2008, within the Southern District of

16 California, defendants JOSE PALOMAR-NIGREN and OSCAR CASTILLO-RAMIREZ,

17 with the intent to violate the immigration laws of the United States,

18 knowing and in reckless disregard of the fact that an alien, namely,

19 Eder Rodriguez-Rodriguez, had come to, entered and remained in the

20 United States in violation of law, did transport and move, said alien

21 within the United States in furtherance of such violation of law; in

22 violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii)

23 and (v)(II).

24      DATED: Aug 14, 2008.

25                                   KAREN P. HEWITT
                                     United States Attorney
26

27                                   [signature]
                                     SABRINA L. FEVE
28                                   Assistant U.S. Attorney

SLF:lg:San Diego
8/6/08